IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELPIDA Memory, Inc.,

    Plaintiff,

v.

Nanya Technology Corporation, et al.,

    Defendant.

CASE NO. 3:11-cv-04411-~~MEJ~~ LHK

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

David M. Morris, whose business address and telephone number is

Morgan, Lewis & Bockius LLP, 1111 Pennsylvania Avenue, NW
Washington, DC 20004, Tel. No. (202) 739-5882

and who is an active member in good standing of the bar of the District of Columbia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing ELPIDA Memory, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 2, 2011

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE