Andrew J. Gray IV (CA Bar No. 202137)
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Telephone:  650.843.4000
Facsimile:  650.843.4001
Email:  agray@morganlewis.com

Robert W. Busby (*pro hac vice – to be admitted*)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone:  (202) 739-3000
Facsimile:  (202) 739-3001
Email:  rbusby@morganlewis.com

Attorneys for Plaintiff
ELPIDA MEMORY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELPIDA MEMORY, INC., | Case No. 5:11-cv-04411-LHK |
| Plaintiff, | [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR JANUARY 4, 2012 |
| v. | |
| NANYA TECHNOLOGY CORPORATION; NANYA TECHNOLOGY CORPORATION, U.S.A.; AND NANYA TECHNOLOGY CORPORATION DELAWARE | As Amended |
| Defendants. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/ 22870918.1

1    IT IS HEREBY ORDERED THAT the Motion for Continuance of Case Management

2 Conference Currently Set for January 4, 2012 is GRANTED.

   January 25

3    A Case Management Conference is hereby continued until ~~February 29,~~ 2012 at

4 2:00 ~~[a.m.~~/p.m] before Judge Lucy H. Koh.  Case Management Statements are due no later than

January 18    ~~February 22~~, 2012.  Parties are to appear in courtroom #8, 4th Floor of the U.S. District Court,

6 280 South First Street, San Jose, California.

7

8

9 Dated:  January 3, 2012

10    By _Lucy H. Koh_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

~~[PROPOSED]~~ ORDER GRANTING STIPULATED
MOTION FOR CONTINUANCE OF CASE
MANAGEMENT CONFERENCE CURRENTLY
SET FOR JANUARY 4, 2012
CASE NO. 3:11-cv-04411-LHK

DB2/ 22870918 1