1   ROBERT E. FREITAS (State Bar No. 80948)
       rfreitas@ftklaw.com
2   CRAIG R. KAUFMAN (State Bar No. 159458)
       ckaufman@ftklaw.com
3   JASON S. ANGELL (State Bar No. 221607)
       jangell@ftklaw.com
4   FREITAS TSENG & KAUFMAN LLP
    100 Marine Parkway, Suite 200
5   Redwood Shores, California  94065
    Telephone:     (650) 593-6300
6   Facsimile:     (650) 593-6301

7   MATTHEW H. POPPE (State Bar No. 177854)
       mpoppe@orrick.com
8   DANIEL J. WEINBERG (State Bar No. 227159)
       dweinberg@orrick.com
9   ORRICK, HERRINGTON & SUTCLIFFE LLP
    1000 Marsh Road
10  Menlo Park, CA  94025
    Telephone:     (650) 614-7400
11  Facsimile:     (650) 614-7401

12  Attorneys for Defendants
    Nanya Technology Corporation,
13  Nanya Technology Corporation USA, and
    Nanya Technology Corporation Delaware

14

15                  UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                        SAN JOSE DIVISION

18

19  ELPIDA MEMORY, INC.,                 Case No.  CV 11-04411 LHK

20                 Plaintiff,            **STIPULATED REQUEST AND
                                         [PROPOSED] ORDER TO CONTINUE
21  v.                                   CASE MANAGEMENT CONFERENCE**

22  NANYA TECHNOLOGY                     **DECLARATION OF CRAIG R.
    CORPORATION; NANYA                   KAUFMAN**
23  TECHNOLOGY CORPORATION, USA.,
    AND NANYA TECHNOLOGY                 **Civil L.R. 6-2**
24  CORPORATION DELAWARE,
                                         Complaint Filed:  September 6, 2011
25                 Defendants.           First Am Comp. Filed:  December 20, 2011

26

27

28

1    Pursuant to Civ. L.R. 6-2, plaintiff Elpida Memory, Inc. ("Elpida") and defendants Nanya

2  Technology Corporation ("Nanya"), Nanya Technology Corporation USA ("Nanya USA"), and

3  Nanya Technology Corporation Delaware ("Nanya DE"), by and through their undersigned

4  counsel, hereby request an order changing time as follows:

5    WHEREAS, pursuant to the Court's January 3, 2012 Order, the case management

6  conference in this case is currently scheduled for January 25, 2012, and Case Management

7  Statements are to be filed by January 18, 2012 (Doc. No. 28);

8    WHEREAS, as set forth in the accompanying Declaration of Craig R. Kaufman, due to

9  court-ordered mediation in another matter, counsel for Nanya, Nanya USA and Nanya DE is not

10  available on January 25, 2012;

11    WHEREAS, Elpida's counsel has indicated it is not available on February 1, 2012;

12    WHEREAS, counsel for Elpida and counsel for Nanya, Nanya USA, and Nanya DE are

13  available on February 8, 2012; and

14    WHEREAS, the continuance herein requested will not otherwise affect the schedule in

15  this case, which has not yet been set;

16    NOW, THEREFORE, the Parties hereby respectfully request that the Court continue the

17  Case Management Conference hearing date to February 8, 2012 at 2:00 p.m., and that Case

18  Management Statements be due by February 1, 2012.

19

20  Dated: January 5, 2012                    FREITAS TSENG & KAUFMAN LLP

21                                            ORRICK, HERRINGTON & SUTCLIFFE LLP

22

23                                            By:/s/ Jason S. Angell

24                                               Jason S. Angell
                                                 Attorneys for Defendants
25                                               Nanya Technology Corporation,
                                                 Nanya Technology Corporation USA, and
26                                               Nanya Technology Corporation Delaware

27

28

STIPULATED REQUEST AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE
NO. CV11-04411 LHK

1  Dated: January 5, 2012                    MORGAN, LEWIS & BOCKIUS LLP

2

3                                            By:*/s/ Andrew J. Gray IV*_____
                                                Andrew J. Gray IV
4                                               Attorneys for Plaintiff
                                                Elpida Memory, Inc.
5

6

7

8                                    **ORDER**

9         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**  The Case Management

10  Conference presently scheduled for January 25, 2012 is hereby continued to February 8, 2012 at

11  2:00 p.m.  The parties shall submit Case Management Statements by February 1, 2012.

12

13

14  Dated: January 11, 2012                  Hon. Lucy H. Koh
                                             United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE
NO. CV11-04411 LHK