ROBERT E. FREITAS (State Bar No. 80948)
    rfreitas@ftklaw.com
CRAIG R. KAUFMAN (State Bar No. 159458)
    ckaufman@ftklaw.com
JASON S. ANGELL (State Bar No. 221607)
    jangell@ftklaw.com
FREITAS TSENG & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood Shores, California  94065
Telephone:    (650) 593-6300
Facsimile:    (650) 593-6301

*[Additional counsel listed on signature block]*

Attorneys for Defendants
Nanya Technology Corporation,
Nanya Technology Corporation USA, and
Nanya Technology Corporation Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELPIDA MEMORY, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>NANYA TECHNOLOGY CORPORATION; NANYA TECHNOLOGY CORPORATION, USA, AND NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>            Defendants.<br><br>NANYA TECHNOLOGY CORPORATION,<br><br>      Counter-Claimant,<br>v.<br><br>ELPIDA MEMORY, INC., ELPIDA MEMORY (USA), INC.<br><br>      Counter-Defendants. | Case No.  CV 11-04411 YGR<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PURSUANT TO 28 USC § 1659 <u>AND VACATING AND RESETTING CASE MANAGEMENT CONFERENCE</u>** |

1  Upon consideration of defendants Nanya Technology Corporation's, Nanya Technology
2  Corporation USA's, and Nanya Technology Corporation Delaware's Unopposed Motion to Stay,
3  and there being good cause shown, it is hereby ORDERED that the motion is GRANTED.
4  This case is hereby STAYED pending the completion of the U.S. International Trade
5  Commission's investigation entitled *In the Matter of Certain Semiconductor Chips with DRAM*
6  *Circuitry, and Modules and Products Containing Same*, Investigation No. 337-TA-819.
7  The case management conference currently set for February 7, 2012, is VACATED and
8  RE-SET for August 13, 2012, at 2:00 p.m.  The parties shall submit a joint case management
9  conference in advance of the case management conference in accord with this Court's Standing
10 Order for Civil Cases.

Dated: January 24, 2012

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**